# EXHIBIT 1



Joanna Clark Simpson <support@pissedconsumer.com>

# 770 Notice

**Paul Berger Esq.** <legal5@rocalabs.com>   Tue, Jan 13, 2015 at 11:43 AM
To: support@opinion-corp.com

January 13, 2015

Opinion Corp.
1732 1st Ave., No. 25581
New York, NY 10128
via email support@opinion-corp.com

Consumer Opinion Corp
℅ Michael Podolsky
1204 Avenue U., Ste 1080
Brooklyn, NY 11229

This letter is intended to comply with Florida Statutes Chapter 770 and Sec. 770.02. On behalf of Roca Labs, Inc. ("Roca Labs"), I respectfully request that Opinion Corp. and Consumer Opinion Corp. remove from pissedconsumer.com false and defamatory statistics published about Roca Labs at the URL http://roca-labs.pissedconsumer.com/. Specifically, statistics shown on the website include that there have been 52 complaints, $110K claimed losses, $2.1K average loss, and 0 resolved (image below).



In addition, this letter is to request that Opinion Corp. and Consumer Opinion Corp. remove from pissedconsumer.com false and defamatory statements made about Roca Labs including the following "Roca Labs, through its chief attorney, Paul Berger, believes it can silence you through fear and intimidation directed at Pissed Consumer" and "Roca Labs first

sued us." *See* http://www.pissedconsumer.com/static/roca-labs-fundraising.html.

Please provide your factual basis for these false statements or comply with Florida statutes chapter 770. In the event that a retraction is not undertaken in the time allocated by law, we will take all necessary and appropriate legal action to protect the rights of Roca Labs.

Very truly yours,


Paul Berger, Esq.
Independent General Counsel
Roca Labs


--
Paul Berger, Esq.
Independent General Counsel
Roca Labs, Inc.
Direct 305-998-6150