```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 15-80051-CIV-ZLOCH
```

OPINION CORP., and CONSUMER OPINION
CORP.,

    Plaintiffs,

vs.                                          **O R D E R**

ROCA LABS, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiffs' Motion To Withdraw Motion To Deem Defendant Served (DE 10). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    By the instant Motion (DE 10), Plaintiffs inform the Court that service has been effected on Defendant, and that their prior Motion To Deem Defendant Served (DE 8) is, therefore, moot. The Court notes that the instant Motion (DE 10) also renders Plaintiffs' Motion To Supplement The Record In Support Of Motion To Deem Defendant Served (DE 9) moot.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiffs' Motion To Withdraw Motion To Deem Defendant Served (DE 10) be and the same is hereby **GRANTED**; and

    2. Plaintiffs' Motion To Deem Defendant Served (DE 8) and Plaintiffs' Motion To Supplement The Record In Support Of Motion To

Deem Defendant Served (DE 9) be and the same are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___19th___ day of February, 2015.

```
                              _____
                              WILLIAM J. ZLOCH
                              United States District Judge
```

Copies Furnished:
All Counsel of Record